IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
Northern Division

RECEIVED

Dalvin Marquez Turner #266489
Full name and prison number
of plaintiffs(s)

v.

Officer Jonathan C Jackson
Sgt. Brandon Daniels
Officer Petterson
Officer Reese

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

2020 SEP 14 A 11: 15

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CIVIL ACTION NO. 2:20-cv-00734-RAH-CSC
(To be supplied by Clerk of
U.S. District Court)

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES (  )  NO ( ✓ )
    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES (  )  NO (  )
    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:
            Plaintiff(s) _____ none _____

            Defendant(s) _____ none _____

        2.  Court (if federal court, name the district? if
            state court, name the county) _____ none _____

3. Docket number _none_

4. Name of judge to whom case was assigned _none_

5. Disposition (for examples  Was the case dismissed? Was it appealed?  Is it still pending?) _none_

6. Approximate date of filing lawsuit _none_

7. Approximate date of disposition _none_

II. PLACE OF PRESENT CONFINEMENT _G.K. Fountain Correctional facility_

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _Kilby Correctional Facility_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. Jonathan C. Jackson | |
| 2. Brandon Daniels | |
| 3. Officer Petterson | |
| 4. Officer Reese | |
| 5. | |
| 6. | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _December 13, 2019_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Amendment 8th - Cruel and unusual Punishment Inflicted_

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

On December 13th 2019 I was sitting on a bench for sick call Around 5:00 Am at Kilby Correctional facility by Gate 5 officer Jackson had words with another Inmate and told us that if we dont shut up he would "knock the shit out of us" I was then Assualted and Jump by officer Jackson, Petterson, and Reese

GROUND TWO: Amendment 8th cruel and unusual Punishment

SUPPORTING FACTS: My tooth was knocked out suffered head trauma and spine damage due to ecessive force. Sgt Brandon Daniels which was the supervisor At the time told me that I deseured to get my Ass whip.

GROUND THREE: 

SUPPORTING FACTS: 

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

One million Dollars and the officers to be Arrested. And my freedom, Release from prison

_____
Signature of plaintiff(s)  #266489

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on September 5, 2020
                      (Date)

_____
Signature of plaintiff(s)  #266489

Dalvin Marquez Turner #266489
G.K. Fountain Correctional Facility Doemf
3800 Atmore 36503

MOBILE
10 SEP '20
PM 2 L



U.S. District Court
Middle District of Alabama
1 Church St; Suite B-10
Montgomery, Al 36104

LEGAL

36104-401801