IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DALVIN MARQUEZ TURNER**<br>**AIS # 266489,** )<br>)<br>**Plaintiff,** )<br>v.   )<br>)<br>)<br>**Defendants.** ) | <br><br><br><br>**CIVIL ACTION NO.:**<br>**2:20-CV-00734-RAH** |

### MOTION TO SUBSTITUTE COUNSEL OF RECORD

COMES NOW Assistant Attorney General J. Matt Bledsoe, and respectfully asks this Court's permission to substitute him as counsel of record for the Defendants, Officer Jonathan Jackson, Sgt. Brandon Daniels, Officer Anthony Peterson and Sgt. Kenneth Reese, as grounds, states as follows:

Claudia Kennedy Smith is no longer employed by the State of Alabama Attorney General's Office.

Respectfully submitted,

STEVE MARSHALL(MAR083)
Attorney General

*/s/ J. Matthew Bledsoe*
J. MATTHEW BLEDSOE
Assistant Attorney General

ADDRESS OF COUNSEL
Office of the Attorney General
501 Washington Avenue
Montgomery, AL 36130
(334) 242-7300 (T)
(334) 353-8400 (F)
Matthew.Bledsoe@AlabamaAG.gov

**CERTIFICATE OF SERVICE**

I hereby certify that I have on February 8, 2021, electronically filed the foregoing with the Clerk of Court by using the Court's CM/ECF electronic filing and that I have further served a copy on the Plaintiff, by placing same in the United States Mail, postage prepaid, and addressed as follows:

    Dalvin Marquez Turner
    AIS #266489
    Bullock Correctional Facility
    P.O. Box 5107
    Union Springs, Alabama 36089-5107

                                      /s/ *J. Matt Bledsoe*
                                      J. MATT BLEDSOE
                                      Assistant Attorney General

ADDRESS OF COUNSEL:

Office of the Attorney General
State of Alabama
501 Washington Avenue
Montgomery, Alabama 36130
(334) 242-7300 (T)
(334) 353-8400 (F)
Matt.Bledsoe@AlabamaAG.gov